UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE FELIX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN CASEY, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-3185 KJM AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 22, 2022, defendant Casey filed a motion to compel plaintiff to provide signed or verified discovery responses to: (1) Special Interrogatories (Set. No. 1); (2) Request for Admissions (Set No. 1), and (3) Request for Production (Set No. 1) that he propounded in September 2021. ECF No. 29 et seq. The motion also asks the court to direct plaintiff to file objection-free and complete responses to defendant's Special Interrogatories (Set No. 1), Item Nos. 4, 7 and 8. Id. at 6-8.

　　　　Plaintiff has not filed a response to the motion, and the time afforded defendant to file a reply has expired. Accordingly, the matter is deemed submitted. See Local Rule 230(l).

////

1

The court has reviewed defendant's motion to compel and its supporting documentation. Good cause appearing, defendant's motion to compel will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel (ECF No. 29) is GRANTED.

2. Within thirty days from the date of this order, plaintiff shall provide to defendant more specific responses or objections to Special Interrogatories (Set No. 1), Item Nos. 4, 7 and 8 propounded by defendant on September 30, 2021. See Fed. R. Civ. P. 33(b)(3)-(5).

3. Within thirty days from the date of this order, plaintiff shall provide to defendant signed, sworn responses or objections to the following discovery requests propounded by defendant on September 30, 2021, along with appropriate proofs of service:

   a. Special Interrogatories (Set. No. 1),
   
   b. Request for Admissions (Set No. 1), and
   
   c. Request for Production (Set No. 1). See Fed. R. Civ. P. 26(g)(1)-(3).

DATED: March 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE