1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EDDIE FELIX,                                        No.  2:18-cv-3185 KJM AC P

12                      Plaintiff,

13           v.                                           ORDER

14    JOHN CASEY, et al.,

15                      Defendants.

16

17          Plaintiff has filed a motion for extension of time to comply with the order compelling

18   more specific answers to interrogatories.  See ECF Nos. 30 (order granting defendant's motion to

19   compel), 31 (plaintiff's request for additional time to comply).  Defendant opposes the request.

20   ECF No. 32.

21          In support of his motion, plaintiff states that the individual who is assisting him with his

22   case, and who has his paperwork as a result, has fallen ill.  Accordingly, plaintiff has not seen

23   him. ECF No. 31 at 2.  Defendant questions the veracity of plaintiff's claim, pointing out

24   purported contradictions between plaintiff's motion and a letter plaintiff sent to defense counsel

25   requesting an additional copy of the motion to compel discovery responses.  See generally ECF

26   No. 32.

27          This is plaintiff's first request for an extension of time, and the contradictions complained

28   of by defense counsel do not warrant investigation by the court.

                                                     1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  Plaintiff's motion for an extension of time (ECF No. 31) is GRANTED; and

3   2.  Within thirty days of the date of this order, plaintiff shall provide more specific signed,

4   sworn responses and/or objections to defendant's discovery requests, consistent with the court's

5   March 29, 2022 order.  See ECF No. 30.

6   Plaintiff is warned that absent exigent circumstances, no additional extensions of time will

7   be granted and that failure properly and timely respond to defendant's discovery requests may

8   result in a recommendation that this action be dismissed.

9   DATED: April 27, 2022

10

11  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2