1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EDDIE FELIX,                                No.  2:18-cv-3185 DJC AC P

12                    Plaintiff,

13          v.                                    ORDER

14    JOHN CASEY, et al.,

15                    Defendants.

16

17          Plaintiff filed a motion for extension of time to file objections to the findings and

18    recommendations dated November 7, 2023.

19          In addition, plaintiff has requested appointment of counsel.  District courts lack authority

20    to require counsel to represent indigent prisoners in section 1983 cases.  Mallard v. United States

21    Dist. Court, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request an

22    attorney to voluntarily represent such a plaintiff.  See 28 U.S.C. § 1915(e)(1); Terrell v. Brewer,

23    935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir.

24    1990).  When determining whether "exceptional circumstances" exist, the court must consider

25    plaintiff's likelihood of success on the merits as well as the ability of the plaintiff to articulate his

26    claims pro se in light of the complexity of the legal issues involved.  Palmer v. Valdez, 560 F.3d

27    965, 970 (9th Cir. 2009) (district court did not abuse discretion in declining to appoint counsel).

28    The burden of demonstrating exceptional circumstances is on the plaintiff.  Id.  Circumstances

                                                1

1   common to most prisoners, such as lack of legal education and limited law library access, do not

2   establish exceptional circumstances that warrant a request for voluntary assistance of counsel.

3        Having considered the factors under <u>Palmer</u>, the court finds that plaintiff has failed to

4   meet his burden of demonstrating exceptional circumstances warranting the appointment of

5   counsel at this time.

6        Good cause appearing, IT IS HEREBY ORDERED that:

7        1.  Plaintiff's motion for an extension of time (ECF No. 61) is granted;

8        2.  Plaintiff is granted thirty days from the date of this order in which to file objections to

9   the findings and recommendations; and

10       3.  Plaintiff's motion for the appointment of counsel (ECF No. 61) is denied without

11  prejudice.

12  DATED: December 12, 2023

13  _____

14  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28