UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE FELIX, | No.  2:18-cv-03185-DJC-AC |
| Plaintiff, | |
| v. | ORDER |
| JOHN CASEY, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file objections to the court's November 7, 2023 Findings and Recommendations.  Plaintiff also requests that his case remain pending until he can find legal representation.  The court will grant plaintiff's motion in part, and deny it in part.  To the extent that plaintiff seeks additional time to file his objections, the request will be granted for good cause shown.  However, no further extensions of time will be granted.  The court will deny plaintiff's request to allow this case to remain pending until such time as plaintiff obtains legal representation.  Plaintiff has been proceeding pro se since initiating this case in 2018.  His pro se status is not a sufficient basis to defer adjudication of the pending motions for summary judgment in this case which have been pending since 2022.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 63) is granted in part and denied in part.

2.  Plaintiff is granted thirty days from the date of this order in which to file any objections to the November 7, 2023 Findings and Recommendations.  No further extensions of time will be granted.

3.  The motion is denied to the extent that plaintiff seeks to have his case remain pending until he locates legal representation.

4.  The Findings and Recommendations will be submitted to the district judge assigned to this matter following the expiration of the 30 day deadline set in this order.

DATED: January 23, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE