UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE FELIX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN CASEY, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-3185 DJC AC<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 7, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 60.)  Although the Magistrate Judge granted Plaintiff two extensions of time to respond, (ECF No. 62, 64), neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 7, 2023, are adopted in full;

2. Defendant Casey's motion for summary judgment, ECF No. 40, is GRANTED;

3. Defendant Wong's motion for summary judgement, ECF No. 37, is GRANTED; and,

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 8, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Feli3185.801